UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LAZARO CRIBEIRO** | : | **DOCKET NO. 14-cv-3446** |
| | | **SECTION P** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **COMBINED ANTI-DRUG TEAM, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

As stated in this court's Memorandum Order [doc. 7] directing the plaintiff to amend his complaint, the Combined Anti-Drug Team, Sheriff's Department Calcasieu Parish, Sheriff's Department Calcasieu Parish – Medical, and ACT Team are not proper parties to this suit because they are not juridical entities under Louisiana law. Doc. 7, pp. 7–8. Cribeiro was directed in that order to dismiss his claims against those entities and/or name proper defendants in their place, yet has failed to do so. Accordingly, **IT IS RECOMMENDED** that all claims against these entities be **DISMISSED WITH PREJUDICE**.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon

grounds of plain error. See *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 14th day of February, 2018.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE