UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LAZARO CRIBEIRO | * | CIVIL ACTION NO. 2:14-CV-3446 |
| | * | SECTION P |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| COMBINED ANTI-DRUG TREAM, ET AL. | * | MAGISTRATE JUDGE KAY |

**********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 55) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objections (Rec. Doc. 63), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that plaintiff's claims against Defendants Combined Anti-Drug Team, Sheriff's Department Calcasieu Parish, Sheriff's Department Calcasieu Parish – Medical, and ACT Team are **DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this 12 day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE